**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

KELLY WINK,                                    )
                                               )
         Plaintiff,                        )     Case No:  3:23-cv-00333
                                               )
v.                                             )
                                               )
THE RECEIVABLE MANAGEMENT                      )
SERVICES LLC,                                  )
                                               )
         Defendant.                        )

## NOTICE OF REMOVAL

Defendant The Receivable Management Services LLC ("RMS"), by counsel, and

pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the above-entitled action, which is

currently pending in the Circuit Court of Dane County, Wisconsin, and states as follows:

### Background

1.      On or about April 17, 2023, Plaintiff Kelly Wink ("Plaintiff") filed a Class

Action Complaint ("Complaint") against RMS in the Circuit Court of Dane County,

Wisconsin, asserting a claim on behalf of herself and a putative class for alleged violations

of the Fair Debt Collection Practices Act ("FDCPA"). (Copies of the Summons and Complaint

are attached as Exhibit 1.)

2.      The Summons and Complaint constitute "all process, pleadings, and orders

served upon" RMS in this action. 28 U.S.C. § 1446(a).

### Timeliness of Removal

3.      RMS received notice of this action through service of the Summons and

Complaint on or about April 19, 2023. Therefore, this notice of removal is timely under 28

U.S.C. § 1446(b) because less than 30 days have passed since RMS was served with the Summons and Complaint.

## Removal Jurisdiction

4.      This action is properly removable under 28 U.S.C. § 1441, because this Court has original jurisdiction of this case under 28 U.S.C. § 1331, which provides in pertinent part: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5.      Specifically, Plaintiff alleges that RMS violated the FDCPA by threatening legal action that it allegedly could not take; and that, as a result of this violation, she suffered actual damages in the form of deprivation of information and confusion. Hence, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to Section 1331, and removal is appropriate pursuant to Sections 1441 and 1446.

6.      Removal to this Court is proper as the United States District Court for the Western District of Wisconsin embraces the Circuit Court of Dane County, Wisconsin, where the state court action was filed.

## Notice to State Court

7.      Pursuant to 28 U.S.C. § 1446(d), RMS is promptly providing written notice of its removal to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Dane County, Wisconsin.

WHEREFORE, Defendant The Receivable Management Services LLC respectfully requests that the above-entitled action be removed from the Circuit Court of Dane County, Wisconsin to this Court.

Respectfully submitted,

THE RECEIVABLE MANAGEMENT
SERVICES LLC

By: /s/ Alan M. Ritchie
    One of its attorneys

Anna-Katrina S. Christakis
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Ph. (312) 924-1773
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com
aritchie@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

Alan M. Ritchie, an attorney, certifies that on May 19, 2023, he electronically filed the foregoing **Notice of Removal** with the Clerk of the Court by using the CM/ECF system, and sent a copy of the same by U.S. Mail, proper postage prepaid, to the individuals listed below:

Francis R. Greene
Thomasson PLLC
3010 South Appleton Road
Menasha, Wisconsin 54952

*Counsel for Plaintiff*

/s/ Alan M. Ritchie